UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:21-cv-23749-CIV-WILLIAMS/MCALILEY

JENNIFER BROWN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CONSUMER PORTFOLIO SERVICES, INC.,

    Defendant.
_____/

**DEFENDANT CONSUMER PORTFOLIO SERVICES, INC.'S EXPEDITED MOTION TO EXTEND DEADLINE TO FILE JOINT STIPULATION OF DISMISSAL**

Defendant, CONSUMER PORTFOLIO SERVICES, INC. ("CPS" or "Defendant"), moves this Court for an extension of time to comply with this Court's December 15, 2021 Order Requiring Joint Stipulation of Dismissal and Administratively Closing Case (the "Order"). Doc. 15.

1. On December 10, 2021 CPS filed a Notice of Pending Settlement informing this Court that the parties had reached a settlement in principal and were in the process of finalizing the terms. Doc. 13. In response, this Court entered the Order, requiring "that on or before January 14, 2022, the Parties shall file a joint stipulation to dismiss." Doc. 15.

2. The parties finalized the terms of a confidential settlement agreement and release that was executed by Plaintiff, Jennifer Brown ("Brown") and delivered to CPS's Counsel on January 6, 2022, and fully executed by CPS and delivered to Brown's Counsel on January 12, 2022.

3. The agreement requires payment within fifteen days of execution of the agreement and CPS's receipt of executed W-9s for Brown and her Counsel. Brown's Counsel's W-9 was received on January 7, 2022 and Brown's W-9 was received on January 10, 2022. As a result,

1

CPS has until January 27, 2022 to make payment and anticipates payment will be made within the next 10 days, if not sooner.

4. However, at 4:18 PM today CPS's Counsel was informed that Brown is unwilling to have her counsel sign and file a joint stipulation of dismissal with prejudice until after payment is received, and it is not believed that payment can be processed and made prior to the January 14, 2022 dismissal deadline.

5. Due to the aforementioned circumstances, CPS is unable to file a joint stipulation of dismissal by the Court's deadline, Therefore CPS respectfully requests that this Court enter an extension of the Parties deadline to file the joint stipulation of dismissal through and until January 27, 2022.

6. While this Motion is not an emergency, due to learning of Brown's position today,[1] CPS does require expedited resolution of this Motion since it will be unable to file a joint stipulation on or before the Court's deadline. Therefore, CPS requests that this Motion be ruled upon on or before January 14, 2022.

7. This extension is not sought for purposes of delay, and if granted will benefit the parties efficient resolution of this matter.

8. In accordance with this Court's Procedures, CPS states that it previously filed an unopposed motion for extension of time to respond to Brown's motion to strike. Doc. 10. This

---

[1] On January 7, 2022 Brown's Counsel inquired of CPS's Counsel regarding the W-9 requirement and CPS's Counsel responded, in part, "Also, a reminder than [sic] the deadline to file the stip of dismissal is 1/14. If you're unable to file let me know and with your approval I can get it on file" to which Brown's Counsel responded that day "I should be able to file." Late January 11, 2022 the undersigned sent an e-mail inquiring about any issues with the dismissal and highlighting the approaching deadline, and sent a follow-up on that e-mail at 2:04 PM today. At 4:18 PM the undersigned was made aware of the issue related to timing of dismissal, and counsel for the parties thereafter exchanged ongoing communications regarding the issue. Finding no successful resolution, it became apparent that this motion was necessary. CPS and the undersigned respectfully submit that had this issue become apparent sooner it would have been brought to the Court's attention earlier than 52 hours prior to the deadline.

18418920.1

request was based upon the Thanksgiving holiday and ongoing settlement discussions that could moot the need to litigate. This Motion was granted in part. Doc. 11.

## MEMORANDUM OF LAW

Rule 6(b) provides that this Court may grant extensions of time it its discretion for cause shown. Fed. R. Civ. P. 6(b). Here, CPS is seeking an extension of time to comply with this Court's Order to file a joint stipulation of dismissal because CPS is unable to file same without Brown's consent, and Brown will not consent until after payment, which is currently being processed, is received. Since this brief extension of time is sought in good faith, not for any purposes of delay, and will not interfere with the orderly advancement of this litigation, CPS respectfully requests that the Court grant its request for an extension of time.

**WHEREFORE**, Defendant, CONSUMER PORTFOLIO SERVICES, INC., requests that this court grant the parties an extension of time through and until January 27, 2022 to file a joint stipulation of dismissal, as well as any such other relief that this Court deems just and proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

I hereby certify that I have conferred with counsel for Plaintiff prior to filing this Motion in a good faith effort to resolve the issues raised herein, and counsel for Plaintiff does not oppose this Court extending the deadline to file a joint stipulation of dismissal through and until January 27, 2022, but opposes the grounds provided for the relief being sought.

18418920.1

**McGLINCHEY STAFFORD**
*/s/ Joseph A. Apatov*
JOSEPH A. APATOV
Florida Bar No. 93546
1 E. Broward Blvd, Suite 1400
Fort Lauderdale, Florida 33301
Tel: (954) 356-2516
Fax: (954) 252-3808
Primary E-Mail: japatov@mcglinchey.com
*Counsel for Consumer Portfolio Services, Inc.*

ANTHONY J. ROLLO
Florida Bar No. 1021179
301 Main Street, Suite 1400
Baton Rouge, LA 70801-1919
Tel: (225) 382-3685
Fax: (225) 570-4625
Email: arollo@mcglinchey.com

## CERTIFICATE OF SERVICE

I certify that on January 12, 2021, a true and accurate copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, causing a copy to be served on counsel for all parties of record.

                                                                        */s/ Joseph A. Apatov*
                                                                         Joseph A. Apatov, Esq.

18418920.1