UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:21-cv-23749-CIV-WILLIAMS/MCALILEY

JENNIFER BROWN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CONSUMER PORTFOLIO SERVICES, INC.,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANT CONSUMER PORTFOLIO SERVICES, INC.'S EXPEDITED MOTION TO EXTEND DEADLINE TO FILE JOINT STIPULATION OF DISMISSAL**

THIS CAUSE is before the Court on Defendant Consumer Portfolio Services, Inc.'s Expedited Motion to Extend Deadline to File Joint Stipulation of Dismissal. Having reviewed the Motion, the Court ORDERS as follows:

1. Consumer Portfolio Services, Inc.'s Expedited Motion to Extend Deadline to File Joint Stipulation of Dismissal is hereby **GRANTED**.

2. The Parties deadline to comply with this Court's December 10, 2021 order and file a joint stipulation of dismissal is extended through and until January 14, 2022.

**DONE AND ORDERED** in United States District Court Southern District, Miami Division this ____ day of January, 2022.

                                                                           _____
                                                                           Kathleen Williams
                                                                           United States District Judge

cc: All parties on the attached service list

## SERVICE LIST

Joseph A. Apatov, Esq.
McGLINCHEY STAFFORD
1 East Broward Blvd., Suite 1400
Fort Lauderdale, FL  33301
Primary E-Mail: japatov@mcglinchey.com
Secondary E-Mail: rwalters@mcglinchey.com
***Counsel for Defendant, Consumer Portfolio Services, Inc.***

Eduardo A. Maura, Esq.
Ayala Law, P.A.
2490 Coral Way, 4th Floor
Miami, FL 33145
Primary E-Mail: eduardo@ayalalawpa.com
***Counsel for Plaintiff, Jennifer Brown***